AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| CHRISTOPHER JANIS, MICHAEL JANIS, JONATHAN JANIS, MARC GONSALVES, THOMAS HOWES and KEITH STANSELL, <br><br> *Plaintiff(s)* <br> v. <br> CARTEL OF THE SUNS, NICOLAS MADURO MOROS, TARECK ZAIDAN EL AISSAMI MADDAH, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-00283-ECM-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CARTEL OF THE SUNS, c/o United States Marshal's Service by serving General Cliver Antonio Alcala Cordones, convicted and sentenced to 260 months in prison on April 11, 2024 in United States v. Nicolas Maduro Moros et al., SDNY Case 11-cr-00205-AKH, and bein held under special administrative measures

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: 4/15/2025

Crystal W Lowman
Digitally signed by Crystal W Lowman
Date: 2025.04.15 07:55:02 -05'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| CHRISTOPHER JANIS, MICHAEL JANIS, JONATHAN JANIS, MARC GONSALVES, THOMAS HOWES and KEITH STANSELL,<br><br>*Plaintiff(s)*<br>v.<br>CARTEL OF THE SUNS, NICOLAS MADURO MOROS, TARECK ZAIDAN EL AISSAMI MADDAH,<br><br>*Defendant(s)* | Civil Action No. 2:25-cv-00283-ECM-KFP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NICOLAS MADURO MOROS
Fugitive from narcotics indictment in SDNY Case 11-cr-205

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: 4/15/2025         Crystal W Lowman  *Digitally signed by Crystal W Lowman*
*Date: 2025.04.15 07:54:38 -05'00'*

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| CHRISTOPHER JANIS, MICHAEL JANIS, JONATHAN JANIS, MARC GONSALVES, THOMAS HOWES and KEITH STANSELL, <br><br> *Plaintiff(s)* <br> v. <br> CARTEL OF THE SUNS, NICOLAS MADURO MOROS, TARECK ZAIDAN EL AISSAMI MADDAH, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-00283-ECM-KFP |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* TARECK ZAIDAN EL AISSAMI MADDAH,
Fugitive from narcotics indictment in SDNY Case 19-cr-00144

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*TREY GRANGER, CLERK OF COURT*

Date: 4/15/2025    Crystal W Lowman  *Digitally signed by Crystal W Lowman Date: 2025.04.15 07:53:47 -05'00'*

*Signature of Clerk or Deputy Clerk*

